FILED BY____scn____D.C.

Jan 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2-22-MJ-00001-SMM _____

UNITED STATES OF AMERICA,

v.

JOEL SCOTT BENSON,

          Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    No

                                  Respectfully submitted,
                                  JUAN ANTONIO GONZALEZ
                                  UNITED STATES ATTORNEY

BY: _____
                                  LUISA HONORA BERTI
                                  Assistant United States Attorney
                                  FLA Bar No.   73462
                                  101 South U.S. Highway 1, Suite 3100
                                  Fort Pierce, Florida 34950
                                  Tel: 772-466-0899
                                  Fax: 772-466-1020
                                  Email: Luisa.Berti@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOEL SCOTT BENSON | ) Case No. 2-22-MJ-00001-SMM |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 28 - June 6, 2021__ in the county of __Indian River__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1708 | Theft of Mail |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Raymond Hamed II, SA, USPS OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone-FaceTime.

Date: January 7, 2022

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Raymond Hamed II, being duly sworn, do solemnly swear and state that:

1. I am a Special Agent with the United States Postal Service ("Postal Service"), Office of Inspector General ("OIG"), assigned to the Orlando, Florida Associate Office. I have been employed as a Special Agent since October 2004, and my official duties include, but are not limited to, the investigation of Federal mail-related offenses. Prior to joining the OIG, I was employed as a Deputy Sheriff with the Broward Sheriff's Office in Ft. Lauderdale, Florida. During my 17-year career, I have received training related to the investigation of mail-related offenses and financial crimes, as well as investigative techniques related to the search of computers and other electronic devices.

2. This affidavit is submitted in support of a criminal complaint for Joel Scott BENSON, who removed two Visa gift cards from two First-Class letters, which were placed into a mail receptacle, and had no intention of returning them. BENSON's intent was to steal them.

3. The information contained in this affidavit is based upon my review of mail theft complaints in my area of responsibility, surveillance video/still photos obtained throughout this investigation, and the BENSON interview. The statements contained in this affidavit are also based upon my own personal knowledge, as well as information provided to me by employees of gas stations, Walmart, and Publix employees. Because this affidavit is intended for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me; but rather, I have included only those facts and circumstances that I believe are sufficient to establish probable cause to demonstrate that BENSON committed the offense of Theft of Mail, in violation of Title 18, United States Code, Section 1708.

## PROBABLE CAUSE

4.  On June 16, 2021, Sebastian Florida Post Office Postmaster K. Dykes, notified me of a possible internal mail theft. According to Postmaster Dykes, victim "P.W.," a Sebastian, Indian River County resident, contacted her to report that on or around May 27, 2021 (and then again approximately one week later), he mailed two $100 VISA gift cards to relatives living in Pace, Santa Rosa County, Florida. On or about May 27, 2021, he enclosed the first gift card in a First-Class letter, which he placed into his mailbox to be delivered to the home of his grandchildren in Pace, Florida. Approximately a week later, P.W. enclosed the second gift card in a First-Class letter, which he placed into his mailbox to be delivered to the home of his grandchildren in Pace, Florida.

5.  According to P.W., his grandchildren never received either of the letters or gift cards. Upon contacting the gift card company, P.W. learned that both gift cards were redeemed at a Speedway gas station and a Publix grocery store in Sebastian, Florida and a Speedway gas station in Orlando, Florida.

6.  As a part of the investigation, on June 16, 2021, I requested transaction details for the cards from the Incomm law enforcement website, which reported that between May 28 and June 13, 2021, the gift cards were redeemed at retailers in Sebastian, Vero Beach, West Melbourne, and Orlando, Florida.

7.  I contacted several of the retailers and requested surveillance video/still photos, and a transaction receipt. On June 18, 2021, the Sebastian Speedway gas station provided transaction receipts, still photos, and surveillance videos of a June 6, 2021 transaction, showing a male, later identified as BENSON, making purchases with several credit cards, to include the P.W. stolen VISA gift card.

2

8. On June 18, 2021, the Orlando 7-Eleven provided me with still photos, surveillance video, and a transaction receipt of a May 28, 2021 transaction showing a male, later identified as BENSON, making a purchase with a P.W. stolen VISA gift card.

9. On June 18, 2021, I contacted Postmaster Dykes to review the still photos and surveillance video obtained from the Orlando 7-Eleven and the Sebastian Speedway. Postmaster Dykes identified BENSON as the customer making purchases with the P.W. stolen gift cards.

10. On June 24, 2021, the Sebastian Publix provided a transaction receipt and surveillance video of a May 29, 2021 transaction, which showed BENSON making a purchase with the P.W. stolen VISA gift card.

11. On June 22, 2021, after I advised BENSON of his *Miranda* warnings, he agreed to be interviewed. BENSON admitted that in 2019, he stole his first gift card. He stated that for about two years, while transporting mail on his First-Class and Priority Mail route (the Citrus Ridge Branch Post Office in Vero Beach, Florida, and the Sebastian Post Office), he stole approximately 12 gift cards from the mail stream. BENSON explained that his route then takes him to the Orlando Processing and Distribution Center (P&DC) to drop off First-Class Mail, and the Seminole P&DC to drop off Priority Mail. After he makes those drops, he then picks up additional Priority Mail from the Orlando P&DC and transports it to the Seminole P&DC. BENSON stated that after ripping the letters open and using the gift cards, two to three months would go by, and if he was not caught, he would steal another gift card.

12. Based upon the foregoing, I submit that probable cause exists to believe that

3

BENSON committed the offense of Theft of Mail, in violation of Title 18 United States Code, Section 1708.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RAYMOND HAMED II
UNITED STATES POSTAL SERVICE –
OFFICE OF THE INSPECTOR GENERAL

Sworn and attested to me by Applicant by Telephone (Facetime) on this __7th__ day of January, 2022, in Fort Pierce Palm Beach, Florida, pursuant to Fed. R. Crim. P. 4(d) and 4.1.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISRATE JUDGE

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____S.Carlson_____ Deputy Clerk
Date __Jan 7, 2022__

4